# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAQUAN D. JACKSON,<br><br>    Defendant. | Case No. 23-CR-172-JPS<br><br>**ORDER** |

  On September 19, 2023, the Grand Jury returned a six-count Indictment, charging Defendant with violating 18 U.S.C. §§ 922(g)(1), 924(a)(2), 924(a)(8), and 924(c)(1)(A)(i), and 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D). ECF No. 1. On May 16, 2024, the parties filed a plea agreement, indicating that Defendant has agreed to plead guilty to Counts Four, Five, and Six of the Indictment. ECF No. 21.

  The parties appeared before Magistrate Judge Stephen C. Dries on June 11, 2024 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 24. Defendant entered a plea of guilty as to Counts Four, Five, and Six of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. ECF No. 25.

  On June 11, 2024, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea

of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries's recommendation and will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 25, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 26th day of June, 2024.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge